CACHA v. MONTACO, INC.

No. 50P02

Case below: 147 N.C. App. 21

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 2002.

CONWAY v. YEOMANS

No. 20P02

Case below: 148 N.C. App. 214

Notice of appeal by plaintiff pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 6 March 2002. Petition by plaintiff pro se for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

DAIMLERCHRYSLER CORP. v. KIRKHART

No. 112P02

Case below: 148 N.C. App. 572

Motion by plaintiff for temporary stay allowed 6 March 2002.

DOE v. JENKINS

No. 317P01

Case below: 144 N.C. App. 131

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002. Conditional petition by defendant (Orange County) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 6 March 2002.